UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00338-FDW-DSC

| | |
|---|---|
| SERITA RUSSELL and DORETHA JOHNSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LAKE ARBOR 80M TIC, LLC, d/b/a LAKE ARBOR APARTMENTS; LAKE ARBOR DEAN TIC, LLC, d/b/a LAKE ARBOR APARTMENTS; BROAD MANAGEMENT GROUP, LLC.; and WELLINGTON ADVISORS, LLC, <br><br> Defendants. | ORDER |

THIS MATTER is before the Court on Plaintiffs' Motion to Remand (Doc. No. 13) and Defendants' response in opposition to the motion (Doc. No. 18). The Court has reviewed the pleadings, exhibits thereto, and applicable law. Based on the materials before the Court, the Court hereby *sua sponte* ORDERS limited jurisdictional discovery as to the amount in controversy in this matter.

IT IS THEREFORE ORDERED that each side (Plaintiffs, collectively, and Defendants, collectively) shall have seven (7) days from the date of this Order to serve no more than ten (10) interrogatories, five (5) requests for production of documents, and notice of five (5) hours of depositions. This discovery is LIMITED to the jurisdictional question of whether the amount in controversy under Class Action Fairness Act is satisfied. All responses shall be due no more than twenty-one (21) days following service of the same.

Following this limited discovery, each side may submit supplemental briefing limited to addressing the threshold amount in controversy under CAFA and such briefing shall not exceed 1,500 words.  Both parties are ordered to file any supplemental briefing no later than October 18, 2019.

IT IS SO ORDERED.

Signed: September 11, 2019

Frank D. Whitney
Chief United States District Judge